

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-24-00844-CV

**IN RE MARBACH ASSOCIATES, LLC D/B/A POLO CLUB APARTMENTS** AND
DIAMOND APARTMENT MANAGEMENT, INC. D/B/A DIAMOND MANAGEMENT

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: December 18, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On December 9, 2024, relators filed a petition for writ of mandamus. This court has determined the relators are not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-02962, styled *Julie Vega v. Marbach Associates, LLC d/b/a Polo Club Apartments and Diamond Apartment Management, Inc. d/b/a Diamond Management*, in the 37th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.